# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

           v.           Crim. No. 5:13-CR-00146-1FL

**MARCUS LAMONT MORRISON**

    On January 13, 2017, the above named was released from custody and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401<br>Phone: 910-679-2045<br>Executed On: June 5, 2019 |

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   5th   day of   June  , 2019.

                                              Louise W. Flanagan  
                                              U.S. District Judge